LAW OFFICES OF
# LLOYD SOMER
330 SEVENTH AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10001

EMAIL:

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  9/8/2017

The initial pre-trial conference set for October 5, 2017 is hereby adjourned until October 26, 2017 at 1:00pm.

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re: Ramos et al. v. BDJVegan1, Inc. et al.
Case 1:16-cv-08776-VSB

Dear Judge Broderick:

Please be advised that this office represents the defendants with regard to the above-referenced matter. Request is hereby made on behalf of both the undersigned and counsel for the plaintiffs, Joshua S. Androphy, Esq., for an adjournment of the Initial Pretrial Conference presently scheduled for October 5, 2017 due to the religious observance of Sukkot. Both Mr. Androphy and I observe the holiday and will not be working that day.

In accord with your Individual Rules and Practices in Civil Cases, please note that the original due date for the Initial Conference is, as stated above, October 5, 2017, this is the initial request for an adjournment of the Conference, and this is a joint request.

Thank you, on behalf of both the undersigned and of counsel for the plaintiff, of your consideration of this request.

Very truly yours,

LLOYD SOMER

LS:th
cc:  Joshua S. Androphy, Esq. (via ECF)