UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELVIN LISANDRO PEREZ RAMOS, et al.,<br><br>         Plaintiffs,<br><br>-against-<br><br>BDJVEGAN1, INC., et al.,<br><br>         Defendants. | CIVIL ACTION NO.: 16 Civ. 8776 (VSB) (SLC)<br><br>**TELEPHONE CONFERENCE ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

A telephone conference is scheduled for **Wednesday February 12, 2020 11:00 a.m.** Counsel for the parties shall jointly call Chambers at (212) 805-0214 at the scheduled time to discuss the progress of finalizing the settlement agreement.

Dated:   New York, New York
     February 7, 2020

                       SO ORDERED

                       _____
                       **SARAH L. CAVE**
                       **United States Magistrate Judge**