UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELVIN LISANDRO PEREZ RAMOS, et al.,

                      Plaintiffs,

-against-

BDJVEGAN1, INC., et al.,

                      Defendants.

CIVIL ACTION NO.: 16 Civ. 8776 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephone conference held today, February 20, 2020, Defendants are **ORDERED** to make an Offer of Judgment to Plaintiffs by no later than **March 31, 2020**. If Plaintiffs accept the Offer, in accordance with Rule 68 of the Federal Rules of Civil Procedure, within fourteen days of receiving the Offer of Judgment, Plaintiffs shall file the Offer and Notice of Acceptance, along with proof of service.

Dated:      New York, New York
              February 20, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**