UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELVIN LISANDRO PEREZ RAMOS, et al.,

                        Plaintiffs,

-against-

BDJVEGAN1, INC., et al.,

                        Defendants.

CIVIL ACTION NO.: 16 Civ. 8776 (VSB) (SLC)

**TELEPHONE CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the Defendants' letter filed at ECF No. 62. A telephone conference is scheduled for **May 6, 2020 at 11:00 am**. The parties are directed to call the Court's conference line, (866) 390-1828, access code, 380-9799, at the scheduled time.

Dated:     New York, New York
             March 30, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**