UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELVIN LISANDRO PEREZ RAMOS, et al.,

                        Plaintiffs,

-against-

BDJVEGAN1, INC., et al.,

                        Defendants.

CIVIL ACTION NO.: 16 Civ. 8776 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

At the May 6, 2020 discovery conference, the parties informed the Court that they were not able to finalize their settlement agreement. Accordingly, they were directed to contract Judge Broderick's chambers for a trial schedule.

As of today, there is no indication on the docket that the parties have done so. Accordingly, they are ORDERED by **May 29, 2020** to submit a letter to Judge Broderick requesting a trial schedule or to this Court notifying it that they have been in contact with Judge Broderick's chambers.

Dated:      New York, New York
             May 22, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**