```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CELVIN LISANDRO PEREZ RAMOS, et al.                         :
                                                            :
                              Plaintiffs,                   :
                                                            :         16-CV-8776 (VSB)
            - against -                                     :
                                                            :            ORDER
                                                            :
BDJVEGAN1, INC., et al.                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/29/2020__

VERNON S. BRODERICK, United States District Judge:

On May 28, 2020 the parties in this action represented that discovery is complete and the parties do not anticipate further motion practice. (Doc. 58.) The parties further requested a schedule for pre-trial filings and trial. (*Id.*) Accordingly, it is hereby:

ORDERED that, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order and motions in limine are due on or before September 17, 2020. Oppositions to motions in limine, as well as proposed voir dire questions, proposed verdict sheets, and proposed jury instructions are due on or before October 10, 2020. Two courtesy copies of all documents shall be submitted to Chambers, and Microsoft Word versions of the proposed voir dire questions and jury instructions must also be submitted by email to broderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that, no later than September 17, 2020, the parties shall file a joint letter updating the court with proposed trial dates.

SO ORDERED.

Dated: May 29, 2020
      New York, New York

Vernon S. Broderick
United States District Judge