USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
CELVIN LISANDRO PEREZ RAMOS, et al.    :
:
                              Plaintiffs,    :    16-CV-8776 (VSB)
:
-v-    :    ORDER
:
BDJVEGAN1 INC., et al.,    :
:
                              Defendants.    :
:
-------------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Because of the COVID-19 pandemic, there have been no jury trials in this district since March 2020. The Southern District of New York may resume jury trials as early as September 2020. Any jury trial will be conducted in full compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials will require complex planning and coordination. It is hereby

      ORDERED that the parties shall consult and advise the Court by **September 30, 2020** whether, should this case proceed to trial, all parties consent to a bench trial before this Court.

      Should the parties decide to proceed to trial before a jury, this Court will advise the Clerk of Court that this case is ready for trial. The Court will attempt to give the parties as much notice as possible of the date the jury trial will begin. The parties must be prepared to proceed to trial before a jury as soon as a jury can be impaneled in their case.

      IT IS FURTHER ORDERED that the parties shall consult and advise the Court by **September 30, 2020** whether all parties consent to have this case proceed to trial before a magistrate judge rather than before this Court. Should the parties elect to proceed before a

magistrate judge, they should complete the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge and submit it to the Clerk of Court. If all parties consent to trial before the Magistrate Judge, that trial may be conducted at the parties' election either as a jury trial or a bench trial.

IT IS FURTHER ORDERED that, should the parties elect to proceed to trial before a jury (whether before this Court or a magistrate judge) they must advise the Court by **September 30, 2020** of the following:

1) The number of days they need, collectively, for the presentation of evidence; and
2) The number of individuals who will be seated at the counsel table, and the names of each of them.

Dated: New York, New York
September 11, 2020

Vernon S. Broderick
United States District Judge