UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CELVIN LISANDRO PEREZ RAMOS, MIGUEL
AVILES, ALEJANDRO ROSAS FLORES, JESUS
ENRIQUE ORTIZ LOPEZ, CONRADO CORTES
AVILES, and MARCOS MATEO RUIZ CRUZ,
 individually and on behalf of others similarly situated,

                          Plaintiffs,

             - against -                                              ORDER
                                                                16-CV-8776 (SLC)

BDJVEGAN1, INC. (d/b/a  BLOSSOM DU JOUR),
BDJVEGAN2, INC. (d/b/a BLOSSOM DU JOUR, BDJ
EXPRESS, INC. (d/b/a BLOSSOM DU JOUR), PAMELA
BLACKWELL INC. (d/b/a Blossom Bakery),
BDJVEGAN4, INC. (d/b/a BLOSSOM DU JOUR), BDJ
EXPRESS, INC. (d/b/a BLOSSOM DU JOUR), PAMELA
ELIZABETH BLACKWELL, and RONEN SERI,

                          Defendants.
-------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The settlement conference previously scheduled for February 17, 2021, will now be held

on March 11, 2021, at 2:30 p.m. The conference will be held by telephone. The parties are

directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also

directed to review and comply with the undersigned's Procedures Applicable to Cases Referred

for Settlement, which may be found on the Court's website. As set forth in the procedures, no

later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference

letter; and (2) a completed attendance form, **except that these submissions shall be made via e-

mail to:** elizabeth_potter@nysd.uscourts.gov.

Additionally, at least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.  This order resolves Docket Entry No. 90.

Dated: New York, New York                                     SO ORDERED:
      February 13, 2021

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

3