UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELVIN LISANDRO PEREZ RAMOS, et al.,

                              Plaintiffs,

-v-                                     CIVIL ACTION NO.: 16 Civ. 8776 (VSB) (SLC)

                                               **TELEPHONE CONFERENCE ORDER**

BDJVEGAN1, INC., et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

      Because the parties did not reach a settlement agreement, a telephone conference is scheduled for **Wednesday, April 7, 2021 at 10:00 am**. The parties are directed to call the Court's conference line, (866) 390-1828, access code, 380-9799, at the scheduled time.

Dated:       New York, New York
                March 15, 2021

                                                 SO ORDERED

                                                 _____
                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**