# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
———

woates@faillacelaw.com

May 13, 2021

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　　Re:　Ramos, *et al.* v. BDJVegan1, Inc., *et al*
　　　　　　　 Case No.: 16-cv-08776 (SLC)

Your Honor:

　　Our office represents Plaintiffs in the above-referenced matter. We write, jointly with Defendants, to respectfully request a three-week extension of the deadline to submit the parties' joint pre-trial order, exhibit binders, and motions *in limine*, which are currently due on Friday, May 14, 2021. This is the first request of its kind. The requested extension will not affect any other deadlines in this matter.

　　The reason for the within request is that the parties have been having ongoing settlement negotiations and hope to reach an amicable resolution in the coming weeks. Accordingly, the parties respectfully request the Court to grant an extension of the deadline to submit the parties' joint pre-trial order, exhibit binders, and motions *in limine*, to June 4, 2021, so that the parties can have the opportunity to utilize their time and resources towards settlement.

　　The parties thank the Court for its time and consideration of this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s_____
　　　　　　　　　　　　　　　　　　　William K. Oates, Esq.
　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

---

The parties' request for an extension of time to submit their joint pre-trial order, motions in limine, and trial binders (ECF No. 94) is GRANTED. The parties shall submit these materials by **June 4, 2021**. All other terms and provisions of the Court's Pre-Trial Order (ECF No. 93) are incorporated by reference and remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 94.

SO ORDERED　　　5/13/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sarah L. Cave
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*Certified as a minority-owned business in the State of New York*