# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                                                 Telephone: (212) 317-1200  
New York, New York 10165                                                  Facsimile: (212) 317-1620

woates@faillacelaw.com

June 1, 2021

**VIA ECF**

Honorable Sarah L. Cave  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

         Re:     Ramos, *et al.* v. BDJVegan1, Inc., *et al*  
                  Docket No.: 16-cv-08776 (SLC)

Your Honor:

       Our office represents Plaintiffs in the above-referenced matter. We write, jointly with Defendants, to respectfully request a two-week extension of the deadline to submit the parties' joint pre-trial order, exhibit binders, and motions *in limine*, which are currently due on Friday, June 4, 2021. This is the second request of its kind. The Court granted the parties' first request. The requested extension will not affect any other deadlines in this matter.

       The reason for the within request is that the parties have been having fruitful settlement negotiations and have made significant progress towards reaching a settlement. Accordingly, the parties respectfully request the Court to grant an extension of the deadline to submit the parties' joint pre-trial order, exhibit binders, and motions *in limine*, to June 18, 2021 so that the parties can have a further opportunity to utilize their time and resources towards settlement.

       The parties thank the Court for its time and consideration of this matter.

                                              Respectfully submitted,

                                              /s_____  
                                              William K. Oates, Esq.  
                                              Michael Faillace & Associates, P.C.  
                                              *Attorneys for Plaintiffs*

---

The parties' request for an extension of time to submit their joint pre-trial order, motions in limine, and trial binders (ECF No. 96) is GRANTED. The parties shall submit these materials by **June 18, 2021**. All other terms and provisions of the Court's Pre-Trial Order (ECF No. 93) are incorporated by reference and remain in effect.

If they feel it would be useful, the parties may request a settlement conference.

The Clerk of Court is respectfully directed to close ECF No. 96.

SO ORDERED      6/2/2021

                                                      SARAH L. CAVE  
                                                      United States Magistrate Judge