# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

August 2, 2021

VIA ECF  
Hon. Sarah L. Cave  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: Ramos, *et al.* v. BDJVegan1, Inc., *et al*  
Docket No.: 16-cv-08776 (SLC)

Your Honor:

My office represents Plaintiffs in the above-captioned matter. I write, jointly with Defendants, to respectfully request the Court for an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of July 30, 2021 to August 9, 2021. This is the third request of its kind. The Court granted the first two requests.

The reason for the within request is that counsel for the parties still need additional time to provide the agreement to our respective clients for their review and signatures. The parties apologize to the Court for not submitting the within application on a timely basis.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *William K. Oates*  
William K. Oates, Esq.  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
*Attorneys for Plaintiffs*

---

The requested extension of time (ECF No. 104) is GRANTED. The parties shall file their joint Letter-Motion addressing the fairness and reasonableness of their settlement agreement by **August 9, 2021**. All other terms and provisions of the Court's June 14, 2021 Order (ECF No. 99) remain in effect.

The Court will not extend this deadline further absent a showing of good cause.

The Clerk of Court is respectfully directed to close ECF No. 104.

SO ORDERED    8/2/2021

*/s/ Sarah L. Cave*  
SARAH L. CAVE  
United States Magistrate Judge

---

*Certified as a minority-owned business in the State of New York*