UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELVIN LISANDRO PEREZ RAMOS, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> BDJVEGAN1, INC., et al., <br><br> Defendants. | CIVIL ACTION NO.: 16 Civ. 8776 (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On September 30, 2020, the parties consented to the jurisdiction of a United States Magistrate Judge for all purposes. (ECF No. 74).  On September 22, 2021, the parties advised the Court that they have reached a settlement in principle (ECF No. 110), and the Court directed to file a joint letter-motion that addresses the fairness and reasonable of their settlement (the "Cheeks Submission") by no later than October 6, 2021.  (ECF No. 111).  The parties failed to file their Cheeks Submission by, or to request an extension of, the October 6, 2021 deadline, and have provided no excuse for their failure.  Nonetheless, the Court <u>sua sponte</u> grants an extension of the parties' deadline to file their Cheeks Submission to **October 12, 2021**.  All other terms of the Court's order at ECF No. 111 remain in effect, and <u>this case remains on the Court's trial calendar until the parties file the Cheeks Submission</u>.

Dated:    New York, New York
            October 7, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

1