UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELVIN LISANDRO PEREZ RAMOS, et al.,

                    Plaintiffs,

-v-                                              CIVIL ACTION NO.: 16 Civ. 8776 (SLC)

BDJVEGAN1, INC., et al.,

                                                        **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' requests for approval of their settlement agreement (the "Settlement Agreement") and entry of their proposed judgment. (ECF Nos. 113, 114). In its review of these materials, the Court has identified several issues, and orders as follows:

1. The Settlement Agreement fails to specify the dollar amount of each Plaintiff's total recovery. See Lopez v. Nights of Cabiria, LLC, 96 F. Supp. 3d 170, 177 (S.D.N.Y. 2015) (explain that the "settlement agreement should specify the actual dollar amount of each plaintiff's total recovery."). Accordingly, the parties are directed to file a revised settlement agreement (the "Revised Settlement Agreement") that specifies' each Plaintiff's total recovery;

2. Plaintiffs' First Amended Complaint indicates that several Plaintiffs' primary language is Spanish. (ECF No. 21 ¶¶ 65, 84, 106, 125, 145, 191). The parties have not indicated, however, whether the Settlement Agreement was translated into Spanish for the Plaintiffs. Accordingly, the parties shall file a letter, or add a provision to the Revised

Settlement Agreement, confirming that the Revised Settlement Agreement was translated for the Plaintiffs whose primary language is Spanish; and

3. The parties failed to sign the Stipulation of Dismissal With Prejudice (ECF No. 13-1 at 13–14).  Accordingly, the parties shall sign and re-file it.

The parties shall file the Revised Settlement Agreement (and, unless it appears in the Revised Settlement Agreement itself, a letter confirming that it was translated into Spanish) and the signed Stipulation of Dismissal With Prejudice by **October 19, 2021**.  In the interim, all other Court-ordered deadlines and all scheduled Court appearances are ADJOURNED sine die.

Dated:     New York, New York
           October 12, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**