UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CELVIN LISANDRO PEREZ RAMOS,
MIGUEL AVILES, ALEJANDRO ROSAS
FLORES, JESUS ENRIQUE ORTIZ LOPEZ,
CONRADO CORTES AVILES, and
MARCOS MATEO RUIZ CRUZ, *individually
and on behalf of others similarly situated*,

                              *Plaintiffs*,

        -against-

BDJVEGAN1, INC. (d/b/a BLOSSOM DU
JOUR), BDJVEGAN2, INC. (d/b/a
BLOSSOM DU JOUR), BDJ EXPRESS, INC.
(D/B/A BLOSSOM DU JOUR), PAMELA
BLACKWELL INC. (d/b/a Blossom Bakery),
BDJVEGAN4, INC. (d/b/a BLOSSOM DU
JOUR), BDJVEGAN5 INC. (d/b/a BLOSSOM
DU JOUR), BDJ EXPRESS, INC. (D/B/A
BLOSSOM DU JOUR), PAMELA
ELIZABETH BLACKWELL, and RONEN
SERI,

                              *Defendants.*
------------------------------------------------------------------X

Docket No.: 16-cv-08776 (SLC)

**CONSENT JUDGMENT**

       PLEASE TAKE NOTICE, that the Court hereby renders Judgment as follows:

       ORDERED, that upon the consent of the Parties to this litigation, Judgment is entered in favor of Plaintiffs Celvin Lisandro Perez Ramos, Miguel Aviles, Alejandro Rosas Flores, Jesus Enrique Ortiz Lopez, Conrado Cortes Aviles, and Marcos Mateo Ruiz Cruz and against BDJVegan1, Inc. (d/b/a Blossom Du Jour), BDJVegan2, Inc. (d/b/a Blossom Du Jour), BDJ Express, Inc. (d/b/a Blossom Du Jour), Pamela Blackwell Inc. (d/b/a Blossom Bakery), BDJ Vegan4, Inc. (d/b/a Blossom Du Jour), BDJ Vegan5 Inc. (d/b/a Blossom Du Jour), and Pamela Elizabeth Blackwell,  jointly and severally, in the amount of $125,000.00, inclusive of attorneys' fees and costs.

This Court shall retain jurisdiction over the Action and the Parties hereto for the purpose of enforcing this Consent Judgment and the Parties' Settlement Agreement.

The Parties' signatures below signify their understanding of, and consent to, the aforesaid Judgment, which is binding upon entry by this Court.

Enforcement of this Consent Judgment is subject to the terms and conditions of the Settlement Agreement between the Parties dated October 21, 2021.

IT IS HEREBY STIPULATED by and between the aforesaid Parties, signatories below, and the same do request, entry of this consent Judgment in the amount of $125,000.00.

**PLAINTIFFS:**

_____
CELVIN LISANDRO PEREZ RAMOS

_____
MIGUEL AVILES

_____
ALEJANDRO ROSAS FLORES

_____
JESUS ENRIQUE ORTIZ LOPEZ

_____
CONRADO CORTES AVILES

_____
MARCOS MATEO RUIZ CRUZ

**DEFENDANTS:**

BDJVEGAN1, INC. (d/b/a BLOSSOM DU JOUR)

By: _____/s/ Pamela Blackwell_____
PAMELA BLACKWELL, PRES.

BDJVEGAN2, INC. (d/b/a BLOSSOM DU JOUR)

By: _____/s/ Pamela Blackwell_____
PAMELA BLACKWELL, PRES

BDJ EXPRESS, INC. (d/b/a BLOSSOM DU JOUR)

By: _____/s/ Pamela Blackwell_____
PAMELA BLACKWELL, PRES

BDJVEGAN4, INC. (d/b/a BLOSSOM DU JOUR)

By: _____/s/ Pamela Blackwell_____
PAMELA BLACKWELL, PRES

BDJVEGAN5, INC. (d/b/a BLOSSOM DU JOUR)

By: _____/s/ Pamela Blackwell_____
PAMELA BLACKWELL, PRES

PAMELA BLACKWELL INC. (d/b/a BLOSSOM BAKERY)

By: _____/s/ Pamela Blackwell_____
PAMELA BLACKWELL, PRES.

_Pamela Bl_____
PAMELA ~~ELIZABETH~~ BLACKWELL

PERSONAL ACKNOWLEDGMENT OF PAMELA ELIZABETH BLACKWELL

STATE OF ~~NEW YORK~~ CALIFORNIA )
)  ss:
COUNTY OF  Los Angeles )

On the 06 day of ~~September~~ Oct. 2021, before me personally came PAMELA ~~ELIZABETH~~ BLACKWELL, to me known who, being by me duly sworn, did depose and say that she is the individual described herein and who executed the foregoing Consent Judgment, and duly acknowledged to me that she executed the same.



ZORICK PARSANIAN
Notary Public - California
Los Angeles County
Commission # 2267090
My Comm. Expires Nov 19, 2022

_____
Notary Public

IT IS SO ORDERED this  27  day of  October , 2021

_____Sarah Cave_____
HON. SARAH L. CAVE, U.S.M.J.